UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) <br> ) No. 23-cr-55-LM |
| STEPHANIE PRATT, | ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

## ORGANIZATIONAL VICTIM STATEMENT
### Fed. R. Crim. P. 12.4(b) and LCrR 12.4.1(b)

The United States of America, by Jane E. Young, the United States Attorney for the District of New Hampshire, and Alexander S. Chen, an Assistant U.S. Attorney, has identified at least one organizational victim in the above-captioned case. Pursuant to Fed. R. Crim. P. 12.4(b) and Local Rule 12.4.1(b), the Government discloses the following information about this victim.

1. Washburn Vault is a privately-held company based in Hinsdale, New Hampshire. It does not have a parent company and no publicly-held corporation owns 10% or more of its stock. There is no merger agreement with any publicly-held corporation.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

Dated: July 7, 2023    By:  /s/ Alexander S. Chen
Alexander S. Chen
Assistant U.S. Attorney
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
Alexander.chen@usdoj.gov